# United States District Court
# For The Western District of North Carolina
# Statesville Division

MENTU-HOTEP: BEY,
a/k/a Wendell Knight,

      Petitioner,                                JUDGMENT IN A CIVIL CASE

vs.                                                5:12CV139

WILKES COUNTY,

      Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 26, 2012 Order.

                                              Signed: November 26, 2012

Frank G. Johns, Clerk
United States District Court